IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA :
: CASE NO. 1:10 CR 515
Plaintiff :
:
-vs- :
:
JASON LAWTON : ORDER ACCEPTING PLEA
: AGREEMENT AND JUDGMENT AND
Defendant : NOTICE OF HEARING
---------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Jason Lawton which was referred to the Magistrate Judge with the consent of the parties.

On 7 December 2010, the government filed a one-count indictment against Jason Lawton for felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On 20 September 2010, a hearing was held in which Jason Lawton entered a plea of not guilty before Magistrate Judge Greg White. On 6 July 2011, Magistrate Judge McHargh received Jason Lawton's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Jason Lawton is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Jason Lawton is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1).

Sentencing will be:

> 13 September 2011 at 9:30 a.m.
>
> **Courtroom 16B**
> **16th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 9/2/2011

UNITED STATES DISTRICT JUDGE